# EXHIBIT E

KIM D. RINGLER, ESQ.
Continental Plaza III - 2nd Floor
433 Hackensack Avenue
Hackensack; NJ 07450
(201) 342-7100
Attorney for Earl S. David

IN THE MATTER OF

EARL S. DAVID

SUPREME COURT OF NEW JERSEY

**AFFIDAVIT OF
COMPLIANCE**

EARL S. DAVID being duly sworn, deposes and says:

This affidavit is submitted pursuant to the Order of the Court filed September 22, 2004 and N.J.Court Rule 1:20-20 in correlatively numbered paragraphs as required by N.J.Ct.R.1:20-20(b)(15).

1.     Prior to the date of my suspension, I ceased practicing law in any form either as principal, agent, servant, clerk or employee of another in New Jersey and did not appear as an attorney before any court, justice, judge, board, commission, division or other public authority or agency.  Accordingly, I will continue to refrain from law practice in New Jersey

2.     I do not occupy share or use office space in which an attorney practices law.

3.     In New Jersey, I do not currently nor will I furnish legal services, give an opinion concerning the law or its application or any advice with relation thereto, or suggest in any way to the public an entitlement to practice law, or draw any legal instrument during the period of my suspension.

4.      I do not currently nor shall I use any sign or advertisement suggesting that either alone or with any other person I have, own, conduct, or maintain a law office or office of any kind for the practice of law in New Jersey, or that I am entitled to practice law during the period of my suspension.

5.      In advance of my suspension from the practice of law I ceased to use any stationery, bank accounts, or checks on which my name appears as a lawyer or attorney-at-law or in connection with the words "law office."

6.      I will not solicit or procure any legal business or retainers for any attorney.

7.      I will reuire the telephone company to remove any listing in the telephone directory indicating that I am a lawyer or similar title.

8.      I have required that the publishers of Martindale-Hubbell Law Directory, the New Jersey Lawyers Diary and Manual, and any other law list in which my name appears to remove any listing indicating that I am a member of the New Jersey Bar in good standing.

9.      I have informed the Bars of the States of New York of the fifteen month suspension imposed as reciprocal discipline by the Supreme Court of New Jersey.

10.     I have no clients to notify as I wound down my law practice previous to the entry of the Order of suspension.  Accordingly, no notification letters need be sent.

11.     Because of the absence of any clients as of the date of my suspension from practice in New Jersey, the requirements of N.J.Ct.R. 1:20-20(b)(11) are inapplicable.

12.     I am not acting in any fiduciary capacity including executor, administrator, guardian, receiver or conservator and therefore no notice in conformity with N.J.Ct.R. 1:20-20(b)(12) is required.

13.     I am not sharing and will not share in any fee for legal services performed by

any other attorney following my suspension, and any fee earned prior to the effective date of my suspension shall not exceed the amount the client would have had to pay had the substitution of a new attorney not been required.

        14.    I will maintain

        (A)    files, documents and records relating to any matter that was the subject of a disciplinary investigation or proceeding;

        (B)    files, documents and records of terminated matters in which I represented a client prior to my suspension;

        (C)    files, documents and records of pending matters in which I had responsibility on the date of or during the year prior to my suspension;

        (D)    all financial records related to my practice of law during the seven years preceding the suspension including bank statements, time and billing records, checks, check stubs, journals, ledgers, audits, financial statements, tax returns and tax reports;

        (E)    all records relating to compliance with this rule.

        15.    My current residence and mailing address is 280 Rector Place, 3G, New York, New York 10280 and my telephone number is (908) 907-0953. I will notify the Director of the Office of Attorney Ethics of any change in my residence, address or telephone number.

        As stated above, I did not represent any clients on the date of my suspension so that no alphabetical list is attached hereto.

Should the Office of Attorney Ethics require any additional information or documentation

from me, I am most willing to comply.

EARL S. DAVID

Sworn to before me this
12 day of October, 2004

Notary Public

LISA STEELE
Notary Public, State of New York
No. 01ST6106616
Qualified in Bronx County
Commission Expires March 08, 2008

LISA STEELE
Notary Public, State of New York
.1T06816
C·                    ·ty
Commissi..           .arch  )8, 2008