# EXHIBIT F

Case 1:11-cr-00424-NRB   Document 245-6   Filed 04/02/13   Page 1 of 5

KIM D. RINGLER, ESQ.
Continental Plaza III – 2nd Floor
433 Hackensack Avenue
Hackensack, NJ 07450
(201) 342-7100
Attorney for Petitioner EARL DAVID

| | |
|---|---|
| IN THE MATTER OF<br><br>EARL DAVID,<br><br>An Attorney at Law | SUPREME COURT OF NEW JERSEY<br>DISCIPLINARY REVIEW BOARD<br><br>Attorney No. 028411988<br><br>**VERIFIED PETITION FOR<br>REINSTATEMENT** |

EARL DAVID being of full age certifies as follows:

This Verified Petition is submitted pursuant to New Jersey Court Rule 1:20-21 in support of my application to be reinstated to the Bar of the State of New Jersey.

1. My name is EARL DAVID. A front and side view photograph is attached hereto.

2. A fifteen month term of suspension was imposed on September 21, 2004 by Order of the Supreme Court filed on September 22, 2004.

3. I am currently 42 years of age, and I reside at 280 Rector Place, Suite 3G, New York, NY 10280. My telephone number is 908-907-0953. Since my suspension, I have lived at the same address.

4. During the suspension, I have been employed as an author and self publishing specializing in the field of Bible Codes, which I have been doing for four years.

5. There were no civil, criminal, administrative or disciplinary actions pending during the period of suspension in the State of New Jersey. There were ethical complaints in New York that have not resulted in any discipline.

6. The provisions of N.J.Ct.R. 1:20-21(f)(6) are inapplicable.

7. A Statement of Monthly Earnings and Other Income including the sources of same during the period of suspension is attached hereto.

8. A Statement of Assets and Financial Obligations as of the date of suspension and currently with dates when acquired or incurred and the names and addresses of creditors is attached hereto.

9. The names and addresses of the financial institutions at which I had or was a signatory to accounts, safety deposit boxes, deposits or loans are Citibank, 110 Wall Street, New York, NY 10005. I maintain a personal checking account # 18621892.

10. Copies of my federal and state income tax returns since my suspension are provided herewith. I consent to the Director of the Office of Attorney Ethics and/or the Disciplinary Review Board obtaining the original tax returns.

11. The provisions of N.J.Ct.R. 1:20-21(f)(10) are inapplicable.

12. I have not received assistance or treatment for a mental or emotional disorder or for substance abuse during the term of my suspension.

13. I have during the period of suspension applied for admission or reinstatement to practice as an attorney in the State of New York. That application is now pending.

14. I am not licensed as relating to any other business or occupation other than as a New York attorney.

15. I have not during the period of suspension applied for any license requiring proof of good character.

16. During the period of suspension, I have not engaged in the practice of law in any jurisdiction.

17. During the period of my suspension there have been no inquiries or procedures relating to my standing as a member of any other profession or organization or holder of any license or office which involved the censure, removal, suspension, revocation of license or discipline of me.

18. My intentions concerning the practice of law if reinstated are to engage in federal immigration practice in possible association with Jed Philwin, Esq. who is a member of the New Jersey bar.

19. A newly completed Annual Attorney Registration Statement is enclosed. The Annual Fee for 2006 has been paid.

20. A copy of my Affidavit of Compliance filed with the Court following my suspension is enclosed.

21. I rely on the following material facts to establish my fitness to resume the practice of law: I have complied with the rules and regulations of the Supreme Court of New Jersey concerning suspended attorneys; I have

engaged in community service by providing meals to the elderly parishioners of the Wall Street Synagogue, 47 Beekman Street, New York, NY and giving lectures on the Bible. In every way possible, I have tried to demonstrate my remorse for the acts which led to my suspension and endeavor to earn the right to regain my status as an attorney in good standing. I have accepted responsibility for my actions which led to my suspension.

22. Should the Director of the Office of Attorney Ethics, the Disciplinary Review Board or the New Jersey Supreme Court require any additional information, I shall provide it immediately upon request.

_____
EARL DAVID

Dated: March 13, 2006


## VERIFICATION

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
EARL DAVID

Dated: March 13, 2006