# EXHIBIT G

|  | Message3025 |
|---|---|
| Subject: | Fwd: CASE NUMBERS |
| From: | earlsdavid@yahoo.com |
| Date: | 3/24/2006 9:21:10 AM Eastern Standard Time |
| To: | sammy110wall@aol.com |

**Message Body**

for Mr. G, he needs your help see case number attachment

Note: forwarded message attached.

```
X-Apparently-To: earlsdavid@yahoo.com via 206.190.38.185; Thu, 23 Mar 2006 19:46:51 -0800
X-Originating-IP: [206.190.49.56]
Authentication-Results: mta332.mail.mud.yahoo.com
 from=yahoo.com; domainkeys=pass (ok)
Received: from 206.190.49.56 (HELO web53106.mail.yahoo.com) (206.190.49.56)
 by mta332.mail.mud.yahoo.com with SMTP; Thu, 23 Mar 2006 19:46:51 -0800
Received: (qmail 77423 invoked by uid 60001); 24 Mar 2006 03:46:50 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
 s=s1024; d=yahoo.com;
 h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
 b=j7rREmEvkqamESFKm2VlHSTTa2wtfOEqvdol22FmQ4YSV6KWZJbjYCr/c8VjPJy6Qys/bqV2soLsB5v8RLz7pHYpw8zeDvRJbhCTKExdA4v8sYjIyhsWCYC+bf89Zn
Received: from [151.202.47.245] by web53106.mail.yahoo.com via HTTP; Thu, 23 Mar 2006 19:46:50 PST
Date: Thu, 23 Mar 2006 19:46:50 -0800 (PST)
From: david grin <david110wall@yahoo.com>
Subject: CASE NUMBERS
To: EARL S DAVID <EARLSDAVID@YAHOO.COM>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-1229177650-1143172010=:75128"
Content-Transfer-Encoding: 8bit
```

NEED BY FRIDAY   CASE NUMBERS

KOLARCZYK

SLESZYNSKI

KOWALSKI

**AOL Header Information**

```
Return-Path:
Received: from rly-xm01.mx.aol.com (rly-xm01.mail.aol.com [172.20.83.102]) by air-xm01.mail.aol.com (vx) with ESMTP id MAILINXM12-5ed4424004e252; Fri, 24 Mar
Received: from web51411.mail.yahoo.com (web51411.mail.yahoo.com [206.190.39.152]) by rly-xm01.mx.aol.com (vx) with ESMTP id MAILRELAYINXM17-5ed4424004
Received: (qmail 98832 invoked by uid 60001); 24 Mar 2006 14:20:59 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=s1024; d=yahoo.com;
h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=wY5MOmao/KpmYum+VufwCXrSDmW7v+HzzjLMKoOLnB5hUm7jXmO3I0x3DfmbZWhQNI+jjfUA+9cqjZSmVSAyfSfsX96ubL4yuK0EiMMroX3LTAPEhFAaeb0
Message-ID: <20060324142059.98830.qmail@web51411.mail.yahoo.com>
Received: from [70.25.16.207] by web51411.mail.yahoo.com via HTTP; Fri, 24 Mar 2006 06:20:59 PST
Date: Fri, 24 Mar 2006 06:20:59 -0800 (PST)
From: earl david
Subject: Fwd: CASE NUMBERS
To: sam salomon
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-407491372-1143210059=:98321"
Content-Transfer-Encoding: 8bit
X-AOL-IP: 206.190.39.152
X-AOL-SCOLL-SCORE: 0;2;486435524:14495514
X-AOL-SCOLL-URL_COUNT: 0
```



GOVERNMENT EXHIBIT 601-1
11 Cr. 424 (NRB)
(ID)

|  | Message3299 |
|---|---|
| Subject: | Fwd: DIGITAL COPIER SYSTEM - FEVZIOGLU/FUAT |
| From: | earlsdavid@yahoo.com |
| Date: | 1/22/2006 1:07:38 PM Eastern Standard Time |
| To: | sammy110wall@aol.com |

**Message Body**

Note: forwarded message attached.

```
X-Apparently-To: earlsdavid@yahoo.com via 206.190.38.189; Fri, 20 Jan 2006 00:19:52 -0800
X-Originating-IP: [206.190.38.136]
Authentication-Results: mta283.mail.mud.yahoo.com
  from=yahoo.com; domainkeys=pass (ok)
Received: from 206.190.38.136 (HELO web51005.mail.yahoo.com) (206.190.38.136)
  by mta283.mail.mud.yahoo.com with SMTP; Fri, 20 Jan 2006 00:19:51 -0800
Received: (qmail 71794 invoked by uid 60001); 20 Jan 2006 08:19:51 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=eO1NxQyWOpUW4XUytFrxaR5uCHY3CKBL5Qla1ovUyjgmtu0jClHdf0w8AZt1EiIe+U4Ro5UunTfwDZYDnBRzrCTxuNhKkkMu2QJntMY8hBfYczh8ymb1o663BPJi
Received: from [70.107.229.126] by web51005.mail.yahoo.com via HTTP; Fri, 20 Jan 2006 00:19:51 PST
Date: Fri, 20 Jan 2006 00:19:51 -0800 (PST)
From: gulay cibik <gcibik@yahoo.com>
Subject: DIGITAL COPIER SYSTEM - FEVZIOGLU/FUAT
To: earlsdavid@yahoo.com
MIME-Version: 1.0
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
```

Dear Earl,

Pls ask Sam about his Substitution of beneficiary 2001 case.
Beneficiary- FEVZIOGLU/FUAT

Thanks,
Gulay

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**AOL Header Information**

```
Return-Path:
Received: from rly-yi01.mx.aol.com (rly-yi01.mail.aol.com [172.18.180.129]) by air-yi02.mail.aol.com (v108_r1_b1.2) with ESMTP id MAILINYI24-7ad43d3c9e419; Sun,
Received: from web51414.mail.yahoo.com (web51414.mail.yahoo.com [206.190.39.155]) by rly-yi01.mx.aol.com (v108_r1_b1.2) with ESMTP id MAILRELAYINYI19-7ac
Received: (qmail 78913 invoked by uid 60001); 22 Jan 2006 18:07:32 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=s1024; d=yahoo.com;
h=Message-ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=zVWIb0LHUolkvO2GOBVeu+Wdqbaye33Ed26itf9JIntg2RAS9B/JNda8B53rB1OB2XuwvbMhM9ryx7aTpNHhwMPJRIO6Dbp7aALR4uUKxbzkk50TjIBz/gQA1LTYn
Message-ID: <20060122180732.78911.qmail@web51414.mail.yahoo.com>
Received: from [70.25.17.28] by web51414.mail.yahoo.com via HTTP; Sun, 22 Jan 2006 10:07:32 PST
Date: Sun, 22 Jan 2006 10:07:32 -0800 (PST)
From: earl david
Subject: Fwd: DIGITAL COPIER SYSTEM - FEVZIOGLU/FUAT
To: sam salomon
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-1884214705-1137953252=:78057"
Content-Transfer-Encoding: 8bit
X-AOL-IP: 206.190.39.155
X-AOL-SCOLL-SCORE: 0:2:407694793:9368397
X-AOL-SCOLL-URL_COUNT: 0
```

GOVERNMENT EXHIBIT 3006
11 Cr. 424 (NRB)

|         | Message2714 |
|---------|-------------|
| Subject: | Fwd: Re: For your reading pleasure... |
| From: | earlsdavid@yahoo.com |
| Date: | 5/21/2006 9:02:53 PM Eastern Daylight Time |
| To: | sammy110wall@aol.com |
| CC: | leoontherun@aol.com |

**Message Body**

Note: forwarded message attached.

Received: from [70.25.16.207] by web51403.mail.yahoo.com via HTTP; Sun, 21 May 2006 18:01:34 PDT
Date: Sun, 21 May 2006 18:01:32 -0700 (PDT)
From: earl david <earlsdavid@yahoo.com>
Subject: Re: For your reading pleasure...
To: Rafi Bar <arye1998@yahoo.com>
In-Reply-To: <20060521232518.85949.qmail@web33413.mail.mud.yahoo.com>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-267449233-1148259692=:56966"
Content-Transfer-Encoding: 8bit
Content-Length: 6849


REMEMBER!! Happiness in life (at least to me) is looking at my wife and 4 children. I have a wife who is there to support me and help me and cook for me and take care of me and my family. It is HER that does this, and does it with love. That love is unconditional for rich or poor. That happiness is one that MONEY cannot buy, and one that no-one, including you, lipa, sam or anyone else can take away from me!!!!


WHAT ARE YOU TALKING ABOUT...? ...WHO CARES...!

....? Who is talking about personal issues with your wife and children. That has nothing to do with the fact that you gave me not once, not twice, but three times checks with no funds. This is not a competition between about how many children we have or how many houses we own. This is about you thinking that I was not going to realize that the checks were a way to buy time for yourself, because how do you expect to pay your bills if you are not working. The day you will stop mixing personal with business that day you might see how wrong you are,...EVERYONE HAS A DIFFERENT WAY TO BE HAPPY,.. I am just concerned how much can I trust someone who gave me fake checks while keeping the cash.
You have been very wrong about so many things and about people around me,... It is not your business how people decide to live there life,...My point is only one. Why did you lie to me? It has nothing to do who is around me I just see by myself,.. Vago, Moin, Grynstajn, according to you, Sam and now this,...I do not trust anyone but God.
And by the way stop throwing to my face about your children or your wife's cooking those details are only your private matters not mine,..remember something we are all permitted to change our mind, our life and to find hapiness in our unique way. You are not God to say which way to live life and how...?
*Rafi Bar <arye1998@yahoo.com> wrote:*

My first reaction after I received your email was simply not to answer at all and just to ignore you. But when I read your pathetic accusations I decided to follow the words of the passuk ...ve...heyitim nekiyim mehashem umeyisrael... and I will go on record and defend myself. I have no intention of getting into a pissing match with you.. You write better than me and its easier for you to express your self in english than it is for me.. but this is what I have to say..

Lets get to the point: I have NO INTENTION of letting Sam get away with the money he stole from me and still owes me. I will do everything that I have to do to get what he owes me and my family.

I find it amazing how you try to manipulate the situation to make it sound like im trying to squeeze money out of some nebach who is one step away from having to rely on ...Tomchei Shabbes..... When I read your pathetic cries of poverty I didn...t know whether to laugh or cry...

1) When Sam continuously, week after week stole from you amounts of money that were double and triple the amount we are talking about.. I never heard you open your mouth or do anything you just sat there and took it up the rear end, smiled and carried on.. Where were your cries of poverty then??? Now you cry when I want what is RIGHTFULLY mine??????
2) The checks: Let me tell you exactly what happened with the checks. When I had bills to pay, all I did was deposit the cash and immediately issue you a check to buy a few days. There have been several checks that were paid and paid to you on time. Do you honestly think that if I wanted to screw you I couldn...t have done it on 1000 other occasions, from fake deductions or simply making money disappear like everyone else does??????? If I was a thief.. I would be sitting on $1000000 like everyone else and would have screwed you so badly you wouldn...t have known your ass from your elbow!!! Im the only one in that office who has ever been honest with you. When I complained to Sam the other week about there being no money and he started mumbling and making up bullshit excuses, and then he told you to tell me that if I come into the office I will make money....
I went into the office and what did I get???? $100 Dollars.!! Yes $100 lousy dollars .. that is on a night that they took in almost $5000... This is the night that I personally witnessed these ppl going into the BATHROOM to count money... What the hell is wrong with you??? Wake up and smell the coffee.. Do you think Im stupid? Does Sam think I was born yesterday????? No wonder your checks bounced!!!! If I am counting on income and it is being stolen from me under my nose what the hell did you think would happen????? Be careful before you accuse me of ...stealing from you... I could have taken you to the cleaners 100 times and never ever did. If for once in your pathetic life you would wake up and stand up for me who has always been loyal to you... you wouldn...t find yourself in this predicament. For a change speak your OWN mind instead of sending me emails based on what the people around you tell you to write!!!


3) About your expenses: Your expenses are nobody...s but YOUR problem. You are the one in control of expenses. If you feel the need to pay the world salaries and let them rip you off you have no-one but yourself to blame. I have always been there to help you cut costs. When we moved from W90.. who was it that moved the office for you???? Myself and my wife worked like dogs to move the office to save you the money for movers. Yes!! Me and my wife like Mexican workers. Did you pay me for that?? Did you so much as Thank me?? Shame on you!!!! When I went to Marcy Printing and picked up 4 pallets of books shlepped them myself and took them to storage??? How much did u pay me for that??? Shame on you!! Did you even pay for the truck I rented??? Noooooo!
And the storage... I have paid OUT OF MY OWN POCKET $400 a month for the last at least 6 months???? Did you ever stop to think why the hell I should be paying to store YOUR stuff?? Did you ever offer to re-imburse me for that??? Nooo SHAME ON YOU!!!

GOVERNMENT EXHIBIT 3011
11 Cr. 424 (NRB)

Do you remember the first time I had to take the chance of coming to Toronto to bring your car??? I had to sit for an hour under investigation for your crap??? Who else would have done that for you? Lipa? Sam? Greenstein? Sharoni? Your Wife? Where is your appreciation? SHAME ON YOU!
And you want me to feel bad for you?????????

4) About my house. Let me take you back to a conversation we had at W90 when you sat and looked me in the eye and said: ...Everyone here has bought a house What about you?... What does that tell you??? And you accuse me of having an ...extravagant... lifestyle...
Yes, Maybe I made a mistake buying the house (especially knowing that I was financially dependant on people like Sam) But I have come to realize that mistake and have put my house up for sale. I cannot pay my bills. So I...m outta here and will go back to Israel and start again.

5) You accuse me of interfering with someone else...s life style??? It was Sam who sat down with me.. and started telling me how much money I make and in his...opinion... how much money I need to live on.. Who the hell does he think he is??? He can tell me how to live my life but Gd forbid I say anything about him??. HYPOCRITE!!

6) I still remember when you had the nerve to PUT ME ON SPEAKERPHONE when I called you to discuss finances with you.!! Purely for the entertainment of others around you. Shame on you!!! And you want me to feel sorry for you???? Not in this life time!! You have violated any trust I had in you!!!

7) You make it sound like all I did was go into the office and collect money! Well let me tell you this. If I DID NOT go.. You would have nothing at all. I sat in that office and fought for every penny of your money. I was the only one you could trust and it was ME that enabled you to go sit in Canada.. You know yourself you didn...t and don...t trust anyone there. If it was not for me you would have gotten NOTHING from that office. Your whole hook-up with the office and your ability to operate remotely was MY idea MY setup.. against all the losers in the office who said ...it would never work.......

8) About Sunrise food. I sent out the file to immigration.. If they didn...t cash the check Its not my problem?  So now you trying accuse me of cashing the immigration check for myself??? I did what I was supposed to do.
About Bonei ... You and Greenstein got the money for this. You each took $500.00 and what did I get for my work?? Zip diddly squat!!!!! Yes she did give me the check which I gave to Greenstein. If you don...t find a record of that money perhaps you should look to Greenstein for answers... or maybe you just want to accuse me of stealing that as well???

9) One more thing... which I personally don...t need an answer for but look at yourself in the mirror and answer yourself!!!!! The $10,000 you took from Gulai and got me involved. You cried to her that you were in the streets and took advantage of her feeling for you.. and asked ME to back up your story.. Not only that but before she left the country you once again tried to get more money from her.. Your justification to me was ...she doesent need it...... Did she not work hard for that money????? 18 hours a day at 2 jobs???? When you come to give me mussar make sure your own hands are clean!!!!!!

10) To summarise: I once considered you my friend but you have shown your true colors.. and made your feelings very clear!! Well here are mine. I don...t give a crap anymore about what happens to you or to your office. After reading your last email I no longer feel any moral, ethical, halachic, or emotional reason to do ANYTHING to help you or the office. Its now each person to themselves./ You wanted a fight you got it! Please make sure that within the next 7 days you get your stuff out of storage. I refuse to pay another penny to keep it there and am not taking responsibility for anything if you choose to do nothing.

11) I refuse to get into a lengthy ...email argument correspondence... with you. You win! I will deposit the money you think I ...stole... from you into your account as soon as I can.. enjoy it and spend it wisely.

I have done my bit, I have made clear what I felt I have to. Believe me or don...t believe me.. that...s up to you! I really don...t care.

REMEMBER!! Money isn...t everything.
REMEMBER!! What goes around comes around!!
REMEMBER!! Happiness in life (at least to me) is looking at my wife and 4 children. I have a wife who is there to support me and help me and cook for me and take care of me and my family. It is HER that does this, and does it with love. That love is unconditional for rich or poor. That happiness is one that MONEY cannot buy, and one that no-one, including you, lipa, sam or anyone else can take away from me!!!!

HAVE A GOOD ...LIFE....

---

**AOL Header Information**

Return-Path:
Received: from rly-yj05.mx.aol.com (rly-yj05.mail.aol.com [172.18.180.143]) by air-yj01.mail.aol.com (v109.12) with ESMTP id MAILINYJ13-81a44710da9ce; Sun, 21 M
Received: from web51415.mail.yahoo.com (web51415.mail.yahoo.com [206.190.39.156]) by rly-yj05.mx.aol.com (v109.12) with ESMTP id MAILRELAYINYJ56-81a4471
Received: (qmail 94518 invoked by uid 60001); 22 May 2006 01:02:33 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=s1024; d=yahoo.com;
h=Message-ID:Received:Date:From:Subject:To:Cc:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=3W7HMvwZtrhZ5xw40m2/nskFnDj1aJ5VTilqKFikjXByR/Olg1L0khixqiWcQxxwy9BzrIlYxmVQyMOIDGS4kBHIC14HfXeeO671PgRsinrhaXiTgipKEIAOuXT8hsg7i
Message-ID: <20060522010233.94516.qmail@web51415.mail.yahoo.com>
Received: from [70.25.16.207] by web51415.mail.yahoo.com via HTTP; Sun, 21 May 2006 18:02:33 PDT
Date: Sun, 21 May 2006 18:02:33 -0700 (PDT)
From: earl david
Subject: Fwd: Re: For your reading pleasure...
To: sam salomon
Cc: LEO TEITELBAUM
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-1534843303-1148259753=:94505"
Content-Transfer-Encoding: 8bit
X-AOL-IP: 206.190.39.156
X-AOL-SCOLL-SCORE: 0;2:477276779:11542724
X-AOL-SCOLL-URL_COUNT: 0

| | Message2712 |
|---|---|
| Subject: | Fwd: GULAY |
| From: | earlsdavid@yahoo.com |
| Date: | 5/21/2006 9:43:43 PM Eastern Daylight Time |
| To: | sammy110wall@aol.com |
| CC: | leoontherun@aol.com |
| | Message Body |

Note: forwarded message attached.

Received: from [70.25.16.207] by web51411.mail.yahoo.com via HTTP; Sun, 21 May 2006 18:43:01 PDT
Date: Sun, 21 May 2006 18:43:01 -0700 (PDT)
From: earl david <earlsdavid@yahoo.com>
Subject: GULAY
To: arye1998@yahoo.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-1576414035-1148262181=:48446"
Content-Transfer-Encoding: 8bit
Content-Length: 768


WHAT RIGHT DO YOU HAVE TO SAY ANYTHING ABOUT THIS LADY, SHE MADE 100,000 OFF ME. MOREOVER WHAT RIGHT DID YOU HAVE TO GET 5000 FROM HER?

GULAY TOLD ME THAT YOUR WIFE WAS BUSY LICKING HER ASS TO GET THAT MONEY AND AFTER THAT , SHE NEVER PICKED UP THE PHONE FOR GULAY ANYMORE. SO YOU ARE TALKING TO ME ABOUT BEING A USER. LOOK AT YOUR OWN ACTIONS BEFORE YOU ACCUSE OTHERS.

GULAY SAID THAT YOU AND YOUR WIFE TOOK FOR HER A RIDE . THOSE ARE HER WORDS. SHE EVEN TOLD ME SHE HAS YOUR CHECKS TO DEPOSIT AND WANTS TO PUT IN RIGHT AWAY. YOU ARE ASKING ME TO LOOK IN THE MIRROR, WHAT ABOUT YOURSELF?

WHY DO YOU KEEP DIVERTING FROM THE FACT. YOU DID SOMETHING WRONG. BUT YOU ARE TOO PROUD AND ARROGANT TO ADMIT THAT YOU
DECEIVED ME WITH THOSE CHECKS. JUST ADMIT AND MOVE ON WITH YOUR LIFE. STOP BRINGING UP OTHER ISSUES THAT HAVE NOTHING TO DO WITH IT.
I HAVE NEVER TRIED TO PICK A FIGHT WITH YOU OR ANY ONE.

ABOUT CANADA., EXCUSE ME, BUT I WAS BORN THERE. HOW CAN THIS BE YOUR IDEA ?

---

**AOL Header Information**

Return-Path:
Received: from rly-yc04.mail.aol.com (rly-yc04.mail.aol.com [172.18.205.147]) by air-yc04.mail.aol.com (v109.12) with ESMTP id MAILINYC44-1d34471173e1bd; Sun, 2
Received: from web51409.mail.yahoo.com (web51409.mail.yahoo.com [206.190.38.188]) by rly-yc04.mail.aol.com (v109.12) with ESMTP id MAILRELAYINYC47-1d344
Received: (qmail 83385 invoked by uid 60001); 22 May 2006 01:43:26 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=s1024; d=yahoo.com;
h=Message-ID:Received:Date:From:Subject:To:Cc:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=TJcaOyPXrmro9lRoHKBIqD6oukQhCKRKmodZwxVS+gy6fjK3qYdHDNRfwk6oMzWCj5wO3CLz/kj93BW00mknQ2+vjVPNmBNuhmBOtthlYT9xqFsYp8dx780bjeA
Message-ID: <20060522014326.83383.qmail@web51409.mail.yahoo.com>
Received: from [70.25.16.207] by web51409.mail.yahoo.com via HTTP; Sun, 21 May 2006 18:43:26 PDT
Date: Sun, 21 May 2006 18:43:26 -0700 (PDT)
From: earl david
Subject: Fwd: GULAY
To: sam salomon
Cc: LEO TEITELBAUM
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-371292244-1148262206=:83047"
Content-Transfer-Encoding: 8bit
X-AOL-IP: 206.190.38.188
X-AOL-SCOLL-SCORE: 0:2:380326372:11542724
X-AOL-SCOLL-URL_COUNT: 0

GOVERNMENT
EXHIBIT
3012
11 Cr. 424 (NRB)

# MARITZA DIAZ, ESQ.
110 Wall Street, 21ST Floor
New York, NY 10005
Tel: (212) 248-0457
Fax: (212) 202-4648
maritzadiazesq@yahoo.com

## FAX COVER SHEET

**DATE:** July 9, 2004

**TO:** EARL

**RE:**
1. SHEARS REALTY INC.
2. WIKRAMASINGHE, GAMINI —CASE # 20010512230
ADIR RENT A CAR INC.
3. SANAD, RAOUF—CASE # 20010512320
FURNITURE WORLD
4. VIZCARRA, JUAN—CASE # 20010505470
WEBSTER AUTO SOUND

**# PG(S):** 5 (including the cover sheet)



GOVERNMENT EXHIBIT 3017
11 Cr. 424 (NRB) (ID)

**COMMENTS:**

EARL:
HERE IS THE LETTER ON SHEARS. IF YOU COULD GET THE TAXES SIGNED!!! IT WOULD GO A LONG WAY. REMEMBER, HOW IT WAS DONE FOR FLUID TREAT INC??? ALSO, COULD YOU GET THE COPY OF THE CELLULAR BILL OR ANY OTHER BILLS? WHAT IS THE RELATIONSHIP BETWEEN THE TWO ADDRESSES (I JUST MADE SOMETHING UP, BUT YOU CAN CHANGE IT)?? AND FINALLY, BEFORE YOU SEND THE BANK STATEMENTS BLACKOUT THE BALANCE...IF THEY SEE THAT HE ONLY HAS TWO THOUSAND IN HIS "COMPANY" ACCOUNT THEY WILL MOST DEFINITELY DOUBT THE 10% GROWTH. FURTHERMORE, HE CLAIMS HE HAS 5 EMPLOYEES, BUT HE DID NOT PROVIDE ANY PROOF...CAN WE SEND SOMETHING!!! THE AMOUNT OF PROOF WE ARE SENDING SEEMS VERY INSUFFICIENT!!! WE HAVE UNTIL THE 15TH, RIGHT?? MAYBE WE COULD GET MORE EVIDENCE JUST TO MAKE SURE IT WORKS.

ALSO, REGARDING THE OTHER THREE CASES. I SPOKE WITH MS. RODRIGUEZ AND SHE WILL RE-OPEN THEM IF WE SEND HER THE

↳ Webster Sound, Case



ORIGINALS WHICH WERE SENT TO YOU (AND WHICH SHMULI COULD NOT FIND) ALONG WITH A LETTER FROM ME (WHICH I ALREADY FAXED OVER THIS MORNING). ALSO, YOU SAID THAT WE SHOULD WORK THE 10/2001 ON ALL THESE CASES!! I AM ENCLOSING A COPY OF THE FAX I SENT HER, BECAUSE THIS MUST BE SENT OUT TODAY—CERTIFIED!! SHE SAID AS LONG AS SHE GETS THE ORIGINAL 750s BY MONDAY SHE WILL REOPEN THOSE THREE CASES. ALSO, DO THE G-28S FOR ME, SINCE A LETTER WAS ALREADY SENT IN MY NAME ON ONE OF THE CASES.

Call me as soon as you get this!!!!

Sincerely,

Maritza Diaz.




# YAHOO! MAIL

Print - Close Window

**Date:** Thu, 18 May 2006 19:38:05 -0700 (PDT)
**From:** "earl david" <earlsdavid@yahoo.com>
**Subject:** Fwd: (no subject)
**To:** arye1998@yahoo.com



GOVERNMENT EXHIBIT 3031-5
11 Cr. 424 (NRB)

Note: forwarded message attached.

### Forwarded Message

**From:** SAMMY110WALL@aol.com
**Date:** Thu, 18 May 2006 20:36:41 EDT
**Subject:** Fwd: (no subject)
**To:** earlsdavid@yahoo.com

### HTML Attachment

earl again you hired him u told about the 10%u give him his share i have nothing with him he never worked for me he worked FOR YOU NOT FOR ME CAUSE SOON ILL BE OUT AS WELL

### Forwarded Message

**Date:** Thu, 18 May 2006 15:55:07 -0700 (PDT)
**From:** "Rafi Bar" <arye1998@yahoo.com>
**To:** sammy110wall@aol.com

### HTML Attachment

Sam,

As you know I have decided to terminate my relationship with you and the office. The time has come for me to worry about myself and my family.
Based on my calculations, Over the past year you and your partner have directly and in-directly swindled me personally (not to mention Earl) out of at least $1000.00 - $2000.00 a week. You do the math.....
My conservative estimate is at least $50,000.00 - $75,000

Yahoo! Mail - aryei998@yahoo.com                                                            Page 2 of 2

Case 1:11-cr-00424-NRB   Document 245-7   Filed 04/02/13   Page 10 of 13

As I now am faced with the responsibility to find another source of income or perhaps relocate I am presenting you with a simple question which I need the answer for ASAP. No Bullshit no stories no excuses.. I need to know point blank whether you have any intention of paying me what you owe! This is a yes or no answer. Tell me yes how much and when... tell me no and to get lost... either way it is YOUR decision the consequences of which shall be of your own making. I need to know where I stand and I need to know now!

Don't get me wrong I am not unsympathetic to whatever issues you have. I have no desire to cause you any problems but you keep suggesting that I come work with you and "we can make money".. im sorry Sam.. But that is no longer an option. I have to move on! Im not asking for anything that is not rightfully mine. I have sat back for long enough watching everyone look after themselves and line their own pockets at MY expense and at the expense of Earl. This is NOT an environment that I feel comfortable working in.
I want out! And I want what is mine, what you deduct from my packet!
This is not an issue of "making peace".. I hold no grudges but I am entitled to what I am entitled and it is entirely YOUR decision whether you will do what is right.
We can part ways as friends or not.
I have my responsibilities to do what I have to do and you have yours… but I need to know NOW what your decision is. My future option depend on this, and I will appreciate the courtesy of an answer.

## YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| Date: | Fri, 19 May 2006 00:03:44 -0700 (PDT) |
| From: | "earl david" <earlsdavid@yahoo.com> |
| Subject: | when is enough |
| To: | arye1998@yahoo.com |
| CC: | "sam salomon" <sammy110wall@aol.com> |



GOVERNMENT
EXHIBIT
3031-6
11 Cr. 424 (NRB)

You should always remember that we are all fellow Jews . It looks to me that fighting will lead to catastrophic consequences. Just remember about the Temple. If that could be destroyed and G-d's presence was there. Would you two just wonder, just for a second, the end of you are turning into this situation. Read the Tochecha and see our end if we cannot have peace.

I try to go to shul almost every day and pray from my heart for peace . my only desire is to help everyone. It looks to me that I made a mistake. From bringing in a person living in a shelter  to the office to work with me as well as you two guys. You three people are behaving the same way. Whereever there is fighting and complaining , G-d stays away from that place.

When there is no unity, there is only destruction. What a sad feeling that all that I have done for all of you is being in vain because it looks to me that to everyone of you
is never enough as well as it was to Adam and Eve. Reason why we are here and became what we are only sinners, with a chance to redeem ourselves.

May we all pray to G-d with truth and sincereness for peace as He wants us to because we are Jewish, aren't we.....?

I only want to help everyone and I see in return only greed, competition and envy.
When someone wants to grab everything, in the end there is nothing. Wake up, before it is too late and make an agreement and Shalom .

Didn't we just read vahavta leireacha camocha. If you guys cannot love each other. At least dont hate each other. Remember, you guys are now neighbors and I am thousands of miles away and believe me , I can be further, further away as if I never existed in your lives. Make peace before it is too late.

Who ever is so crazy about quitting, selling a house, leaving the country, or just diseappearing, just look at your family and see how much baggage you have to pack. it is not as easy as it seems.

---

# YAHOO! MAIL

Print - Close Window



GOVERNMENT EXHIBIT 3031-7
11 Cr. 424 (NRB)

**Date:** Fri, 19 May 2006 07:28:15 -0700 (PDT)
**From:** "earl david" <earlsdavid@yahoo.com>
**Subject:** Re:
**To:** "Rafi Bar" <arye1998@yahoo.com>

if what you said is the truth, then please process the order we got in avrahamdavid
i sent you at the beginning of the week. We have 1500 books. lets make a business of that. I lost 15000 with talkline zev brenner ads. there has to be another way.

*Rafi Bar <arye1998@yahoo.com> wrote:*

> Earl..
>
> As you know I sent an email to Sam earlier which I understand he forwarded to you.
> Based on the correspondence it seems clear that he is trying to drop this on your lap and make it your problem.
>
> I want to make it clear. Earl. I like you a lot and value our friendship a lot. I always have and always will appreciate everything you have done for me. In NO WAY do I have any complaints against you personally. But you know as well as I do That Sam and the guys have been robbing you blind. They have paid you barely 10% of what they were taking in and you know that I have all the written proof as evidence. Although I have suggested to you many times to approach them about it.. obviously for your own reasons you have chosen not to take this further. I will never argue with your decisions, after all I can only be your friend and give you my personal advice as to what is going on. I cannot force you to take action. Be that as it may.. unfortunately I have personally suffered big losses because of THEIR crookery. Thank god Earl.. You are financially comfortable and perhaps them stealing from you doesent hurt you that much. I am in a different situation. This is my parnassah. this is what i feed my family with. pay the mortgage school fees etc. I do NOT have other sources of

I have chosen to part ways with them because I simply do not have any desire to be associated with those crooks.
I will always be your friend. I will always be there for you and I will always be more than happy to help you in any way I can whether you pay me or not. I have always been straight.. honest... and respectful of you and with you.

I am only asking Sam for what I rightfully deserve. I think it is disgusting that he is trying to pin this on you. Obviously if he would have paid YOU what you rightfully deserved.. I would have gotten my fair commission as well ..as you have always been straight and fair with me.

My personal feeling is that you should hold Sam and his buddies accountable for what they have taken from you and from me. I really hope that they will not manipulate you further in anyway.

Please remember, I was your friend  I am your friend  and I will always be your friend.

I have a family I have financial responsibilities and I need to do what i need to do in order to support them. I am not looking to YOU for compensation I am putting the blame fairly and squarely on Sam's shoulders and I hope you will back me up on this.